# United States Bankruptcy Court
## Southern District of Ohio

In re: Paul Everett Dimmick, Lena Marie Dimmick, Debtor(s)

Case No. _____

Chapter: 7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: October 25, 2023

/s/ Paul Everett Dimmick
Paul Everett Dimmick
Signature of Debtor

Date: October 25, 2023

/s/ Lena Marie Dimmick
Lena Marie Dimmick
Signature of Debtor